UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKAPHONG CHANTHA, (A#072-613-225),<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | No.  1:26-cv-01052-DJC-SCR<br><br><br>ORDER |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed an objection to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and

1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's amended application for a writ of habeas corpus (ECF No. 12) is granted on claim one based on the violation of petitioner's Fifth Amendment right to due process.

2. Respondent shall provide petitioner with an individualized bond hearing before an immigration judge, at which the government bears the burden of justifying continued detention by clear and convincing evidence, within fourteen (14) from the date of this order.

3. Claim two of the amended § 2241 petition is denied without prejudice to renewal in a subsequent habeas corpus action in the event that the government initiates proceedings to remove petitioner to a third country.

4. The Clerk of Court is directed to enter judgment for petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2